UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pro-Se-Litigant
NOT A REAL ATTORNEY
VERSED IN LAW
Commander Louis
PATRIOT FIRST
COLONIAL HOUSE
~~COLON~~ 11th Ave 61st
     PLAINTIFF )

-v-

METROPOLITAN
TRANSPORTATION
AUTHORITY )
NEW YORK CITY
POLICE DEPARTMENT )
NEW YORK CITY
NATIONAL GUARD
~~STATE OF NEW YORK~~
     Respondents )

MOTION FOR COURT ORDER

19 CV 6418

CASE NUMBER TO BE SUPPLIED BY COURT CLERK

Comes Now the PLAINTIFF IN the ABOVED CAPTIONED MATTER INTO this HONORABLE U.S. DISTRICT COURT. Alledging GROSS Negligence FOR NOT Being PREPARED this July 4th Holiday FOR AN ATTACK ON the NEW YORK CITY SUBWAY SYSTEM. Search every GARBAGE RECEPTICLE ON the SUBWAY STATIONS ON N.Y.C 23rd St 34th St 42nd St with POLICE BOMB SNIFFING DOGS

The NATIONAL GUARD NEEDS TO BE ON ALERT STATUS AND their PRESENCE IS NEEDED ON 42nd ST AND BROADWAY ON July 3rd 4th 5th 6th TO SEARCH ALL TAXIS AND CARS WITH GEIGER COUNTERS TO DETECT AN. <u>NUCLEAR DEVICE</u>

FURTHERMORE
  the SUBWAYS NEED TO have SHUT DOWN NO SERVICE BETWEEN 8:30 PM 5 O'CLOCK AM FOR M.T.A. WORKERS TO SEARCH ALL OF the SUBWAY TRACKS AND TUNNELS FROM 6/4 R ST UP AND UNTIL 42ND STREET TIMES SQUARE WITH FLASH-LIGHTS

Respectfully Submitted
Commander Louis
PATRIOT FIRE 6/ST BK16

Commander Coul"
"Patriot First"
Cajuvia Hughes
61st 11th Ave
Brooklyn 1219
N. 4. C

Attention Pro Se
Court Clerk
Stamp Date     EZ
Receive°
Apply Docket # ~~filed: flag~~

Pro-Se Cour~~t~~
U.S District Cour~~t~~
Southern Dis~~trict~~
500 Pearl Street
New York City
New York

7 0 0 0 7